FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>Francisco Archivaldo Padilla,<br><br>   Defendant. | Case No.: 09-00252M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Arizona for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] supervised release~~X~~; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (X) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on absence of background or other information regarding defendants personal ties and bail resources, and nature of violation for failure to appear;

<br>
<br>
<br>
<br>

and/or

B.   (X)   The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: the nature of the underly. case being a narcotics case.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/12/09

*/s/ Carla M. Woehrle*

UNITES STATES MAGISTRATE JUDGE

CARLA M. WOEHRLE